IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cr-462-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**1.      CORY VOORHIS,**

        Defendant.

**ORDER**

Kane, J.

Defendant's Motion For Briefing Schedule (doc. #25), filed December 7, 2007, is GRANTED as follows:

The United States is hereby ordered to submit any Response or Answer Brief to Defendant's Motion to Dismiss for Selective Prosecution and Motion for Discovery on or before December 17, 2007. Defendant may file replies not later than December 27, 2007. The date set for hearing of motions is January 14, 2008 and remains unchanged. The previous order requiring any and all additional pretrial motions to be filed by December 20, 2007 and responses due January 4, 2008 remains unchanged. The motions hearing on January 14, 2008 will consider all then pending motions.

IT IS FURTHER ORDERED that Defendant's Motion For Evidentiary Hearing is GRANTED and evidence will be taken at the hearing on January 14, 2008. If additional time for taking evidence is required because of the ruling on the Motion for Discovery,

further settings in January will be made at the January 14, 2008 hearing.  The Final Trial Preparation date of February 1, 2008 and the trial setting beginning on February 11, 2008 remain unchanged.

Dated this 7th day of December, 2007.

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court