IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE JOHN L. KANE

Criminal Case No. 07-cr-00462-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CORY VOORHIS,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

It is stipulated that at the conclusion of the hearing on Monday, January 14, 2008, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 14 day of January 2008.

                                        BY THE COURT:

                                        JOHN L. KANE, JUDGE
                                        United States District Court

(No Exhibits)

Attorney for Plaintiff                               Attorney for Defendant