**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:  January 23, 2008 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Darlene Martinez |

Civil Action No.: 07-cr-00462-JLK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | Jim Anderson |
| Plaintiff, | |
| v. | |
| CORY VOORHIS, | Patrick Ridley |
| | Danielle R. Vorhees |
| | William L. Taylor |
| Defendant. | |

## COURTROOM MINUTES

**Motions Hearing**

2:01 p.m.    Court in session.

Court calls case.

Also present, John Elvig, FBI, and Henry R. Reeve, Denver District Attorney's office representing the Interested Parties.

Court's preliminary comments.

2:02 p.m.    Argument by Mr. Reeve.

2:14 p.m.    Argument by Mr. Anderson.

2:16 p.m.    Argument by Mr. Taylor.

2:24 p.m.    Conclusions by the Court.

*07-cr-00462-JLK-1*
*Motions Hearing*
*January 23, 2008*

*07-cr-00462-JLK-1*
*Motions Hearing*
*January 23, 2008*

**ORDERED:** **Motion To Quash Subpoenaes/Subpoenaes Duces Tecum Served On Witnesses Brenda Wellington, Lynn Kimbrough, and Charles Lepley (Filed 1/13/08; Doc. No. 43) is DENIED as specified.**

**ORDERED:** **Specified privileged documents, under seal, will be produced for inspection in Chambers on January 30, 2008 at 10:00 a.m.**

2:27 p.m.     Further comments by Mr. Reeve.

The Court advises counsel that witnesses are not required to appear on January 30, 2008, but the subpoenas require their appearance at the Final Trial Preparation Conference and Motions Hearing set for February 1, 2008 at 10:00 a.m.

**ORDERED:  All original subpoenas, dated January 14, 2008, are continued.**

**2:30 p.m.     Court in recess.**
Hearing concluded.
Time in court - 00:29.

2