IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Criminal Action No. 07-cr-462-JLK

UNITED STATES OF AMERICA,

   Plaintiff,

v.

CORY VOORHIS,

   Defendant.

---

## STIPULATION REGARDING CUSTODY OF EXHIBITS

---

It is stipulated that at the conclusion of the hearing on the Motion to Dismiss, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado, this ___1___ day of February, 2008.

BY THE COURT:

_____
John L. Kane, Senior Judge
United States District Court

_____          _____
Attorney for Plaintiff                                                Attorney of Defendant