IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE

Criminal Action No. 07-cr-00462-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CORY VOORHIS,

    Defendant.

## JUDGMENT OF ACQUITTAL

This matter was tried from March 31, 2008, through April 9, 2008 , before a duly sworn jury of 13, Senior Judge John L. Kane presiding. The trial proceeded to conclusion and the jury rendered its verdict finding Defendant Cory Voorhis not guilty of all charges in the Second Amended Information. Accordingly, it is

ORDERED that the Second Amended Information is dismissed against Defendant Cory Voorhis. It is

FURTHER ORDERED that Defendant Cory Voorhis be discharged and his bond is exonerated.

DATED at Denver, Colorado, this 10th day of April, 2008.

BY THE COURT:

John L. Kane, Senior Judge
United States District Court